**Petition for Writ of Mandamus Denied and Memorandum Opinion filed August 8, 2024.**



In The

# Fourteenth Court of Appeals

---

### NO. 14-24-00496-CV

---

## IN RE WOODLANDS URBAN AIR, LLC; SPMB2, LLC; UATP MANAGEMENT, LLC; UATP IP, LLC; AND UA ATTRACTIONS, LLC, Relators

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**333rd District Court**
**Harris County, Texas**
**Trial Court Cause No. 2022-47830**

---

## MEMORANDUM OPINION

On July 10, 2024, relators Woodlands Urban Air, LLC; SPMB2, LLC; UATP Management, LLC; UATP IP, LLC; and UA Attractions, LLC filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221;

*see also* Tex. R. App. P. 52.  In the petition, relators asks this court to compel the Honorable Brittanye Morris, presiding judge of the 333rd District Court of Harris County, to vacate the following trial court order:  (1) the March 15, 2024 order granting plaintiff's motion to reconsider order compelling arbitration and (2) the June 26, 2024 order granting plaintiff's motion to compel discovery, concluding relators' objections were waived and ordering relators to respond within fourteen days.

Relators have not established that they are entitled to mandamus relief. Accordingly, we deny relators' petition for writ of mandamus.

PER CURIAM

Panel consists of Chief Justice Christopher and Justices Spain and Poissant.